# United States District Court

| DISTRICT | |
|---|---|
| | New Jersey |

| UNITED STATES OF AMERICA V. Robert Faison | DOCKET NO. |
|---|---|
| FILED FEB 1 6 2011 JOSEPH A. DICKSON, USMJ | MAGISTRATE CASE NO. 11-6541-05 |

The above named defendant was arrested upon the complaint of

charging a violation of  18  USC § 472

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | |

**DESCRIPTION OF CHARGES:**

passing counterfeit federal reserve notes

BOND IS FIXED AT  10,000 unsecured
$  Deft. Remanded pending release to a in-patient drug treatment center on 2/23/11

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

February 16, 2011  _____
Date                United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |