PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Charles Simmons**                             Docket No. **11-06541M-4**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Daniel Milne** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Charles Simmons**, who was placed under pretrial release supervision by the **Honorable Joseph A. Dickson** sitting in the Court at Newark, New Jersey, on February 15, 2011, under the following conditions:

1. $10,000 UAB cosigned by brother Kurt Simmons;
2. The defendant's brother, Kurt Simmons, to serve as Third Party Custodian;
3. Pretrial Services supervision;
4. Travel restricted to New Jersey;
5. Drug testing and treatment as directed by Pretrial Services;
6. Mental health and gambling treatment as deemed appropriate by Pretrial Services;

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

**Praying that the Court will order that a warrant be issued to serve as a detainer.**

ORDER OF COURT

Considered and ordered this _22nd_ day of _September 2011_ and ordered filed and made a part of the records in the above case.

_____
Joseph A. Dickson
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _9/21/11_

_____
Daniel Milne
U.S. Pretrial Services Officer