```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | HON. JOSEPH A. DICKSON |
| Plaintiff, : | CRIMINAL NO.: 11-6541 (JAD) |
| v. : | **CONSENT ORDER MODIFYING** |
| : | **CONDITIONS OF RELEASE** |
| VANRIE CARRIER, JAMES KING, : | |
| KINDRICK WHITE, CHARLES SIMMONS : | |
| AND ROBERT FAISON : | |
| Defendants. : | |

This matter having been opened to the Court by the Law Office of Laurie M. Fierro, P.A., Laurie M. Fierro, Esq. appearing on behalf of defendant Kindrick White, with the consent of Fabiana Pierre-Louis, Esq., appearing for the United States of America, and with the consent of Elizabeth Auson of the office of United States Pretrial Services for an Order modifying the conditions of release of Kindrick White to remove his Aunt, Patricia Lamb, as the second cosigner on a Bond and for good cause having been shown, it is on this     day of            , 2011

ORDERED that the conditions of release requiring Patricia Lamb to act as a cosigner on the Bond are hereby modified and that provision is vacated and it is further

ORDERED that all other conditions of release shall remain in effect and it is further

ORDERED that a copy of this Order shall be provided to Fabiana Pierre-Louis, Esq. and Pretrial Services Officer Elizabeth Auson within     days, if received by counsel for Kindrick White.

```
                          _____
                          Hon. Joseph A. Dickson
```